```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

LESLIE WRIGHT                                          PLAINTIFF

vs.                          CIVIL ACTION NO. 5:13-cv-206-DCB-MTP

WILKERSON COUNTY REGIONAL CORRECTIONAL
FACILITY; JANE/JOHN DOE; DISCIPLINARY HEARING
OFFICER, R. BYRD; WARDEN                              DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 9]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Plaintiff Leslie Wright's Motion **[5]** to Remand is **DENIED.**

SO ORDERED, this the <u>4th</u> day of June, 2014.

<u>s/David Bramlette</u><br>
UNITED STATES DISTRICT JUDGE