```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

LESLIE WRIGHT                                              PLAINTIFF

vs.                            CIVIL ACTION NO. 5:13-cv-206-DCB-MTP

WILKERSON COUNTY CORRECTIONAL FACILITY, et al.            DEFENDANTS

<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation **[docket entry 16]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that the Report and Recommendation, recommending that this action be dismissed without prejudice, should be adopted as the opinion of this Court.

    Accordingly,

    IT IS, HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker **[docket entry 16]** is adopted as the finding of this Court, and this case is dismissed without prejudice.

    A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the 11th day of May, 2015.

                                                s/David Bramlette
                                              UNITED STATES DISTRICT JUDGE